CAROLIN K. SHINING, ESQ. (SBN 201140)
BRIAN D. PARK, ESQ. (SBN 248994)
**SHINING & PARK LAW LLP**
475 Washington Blvd.
2nd FL
Marina del Rey, CA 90292
Telephone: (310) 490-4383
cshining@shiningandpark.com
bpark@shiningandpark.com

Attorneys for Plaintiff STEWARD PERRY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWARD PERRY, *an individual*, <br><br> Plaintiff, <br><br> vs. <br><br> ACADIA HEALTHCARE COMPANY, INC., *a California Limited Liability Company*, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No.: 5:24-cv-01285-NC <br><br> **STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> [Fed. R. Civ. Proc. 41(a)(1)(A)(ii)] |

Plaintiff, STEWARD PERRY ("Plaintiff"), and Defendant, ACADIA MANAGEMENT COMPANY LLC, erroneously sued as ACADIA HEALTHCARE COMPANY, INC. ("Defendant", and collectively with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On January 5, 2024, Plaintiff filed this action against Defendant in Santa Clara County Superior Court, Case No. 24CV430277 (the "State Court Action").

2. On March 1, 2024, Defendant removed the State Court Action to the United States District Court for the Northern District of California, Case No. 5:24-cv-01285-NC (the "Federal Court Action").

3. Execution and filing of this Stipulation of Voluntary Dismissal by counsel for Plaintiff and by counsel for Defendant shall constitute dismissal of the Federal Court Action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

4. Accordingly, the Federal Court Action shall be and hereby is dismissed in its entirety with prejudice.

Respectfully submitted this 11th day of December 2024.

Dated: December 11, 2024   SHINING & PARK LAW, LLP

By: /s/ Brian Park
Brian D. Park, Esq.
Attorneys for Plaintiff

Dated: December 11, 2024   HOLLAND & KNIGHT LLP

By: /s/ John H. Haney
John Haney, Esq.
Attorneys for Defendant

IT IS SO ORDERED.

Dated: December 11, 2024

_____
UNITED STATES DISTRICT JUDGE

[GRANTED — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Nathanael M. Cousins]